Certificate Number: 16199-GAN-CC-030451910



16199-GAN-CC-030451910

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 19, 2018, at 2:00 o'clock PM EST, Selena Brumfield received from CC Advising, Inc. , an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Northern District of Georgia, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   January 19, 2018                By:   /s/Dayton Chevalier for Ana Trinidad

                                        Name:  Ana Trinidad

                                        Title:  Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).