# STATEMENT REGARDING PAY STUBS (11 U.S.C. §521(A)(1))

I, **Selena Maureen Brumfield**, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

☐   I am unemployed; or

☐   I am self-employed; or

☐   My employer did not provide pay stubs.

☒   Other

I receive rental income iao $2750.00 a month

I will start a new job 2/19/2018 where I estimate my total income before taxes to be $2,600.00 a month

Date  **February 1, 2018**              Signature  **/s/ Selena Maureen Brumfield**

                                                                      Debtor