UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| SELENA MAUREEN BRUMFIELD | : | CASE NUMBER A18-51685-JWC |
| DEBTOR | : | |

### TRUSTEE'S SUPPLEMENTAL REPORT
### FOLLOWING CONFIRMATION HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on April 17, 2018:**

As to whether Debtor provided a copy of the 2015 – 2017 tax returns

As to whether Debtor filed amended schedules

As to whether Debtor filed an amended plan

**The Attorney for the Trustee has reviewed the case as instructed and:**

Recommends dismissal because:

Debtor failed provide a copy of the 2015 – 2017 tax returns

Debtor failed to file amended schedule E to add real estate tax creditors

*Please enter an Order of Dismissal*

This the 4th day of May, 2018.

                      ___/s/_____
                      Julie M. Anania, Attorney for Chapter 13 Trustee
                      GA Bar Number 477064
                      303 Peachtree Center Ave., NE
                      Suite 120
                      Atlanta, GA  30303
/mam                (678) 992-1201

## CERTIFICATE OF SERVICE

Case No: A18-51685-JWC

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
SELENA MAUREEN BRUMFIELD
4115 PINEMIST LN NW
KENNESAW, GA  30144

**By Consent of the parties,** the following have received an electronic copy of the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation through the Court's Electronic Case Filing system.

**Attorney for the Debtor(s):**
THE SEMRAD LAW FIRM, LLC
rjsatlcourtdocs@gmail.com

This the 4th day of May, 2018.

/s/_____
   Julie M. Anania
   Attorney for the Chapter 13 Trustee
   State Bar No. 477064
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201